# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD EDWARDS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-0307** |
| | : | |
| BRIAN HESSENTHALER, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this $27th$ day of February, 2020, upon consideration of Plaintiff Gerald Edwards's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and his *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.  The Complaint is **DEEMED** filed.

3.  The Complaint is **DISMISSED WITH PREJUDICE** for the reasons discussed in the Court's Memorandum.

4.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

5.  No later than fourteen days from the date of this Order, Mr. Edwards shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten pages stating why the Court should not enjoin him from filing any new civil actions alleging claims based upon the same subject matter raised in his prior cases with regard to the citations related to his property, the proceedings in state court related to those citations, including but not limited to *Commonwealth v. Edwards*, CP-09-SA-0000219-2018 (C.P Bucks Cty.), and the conditions of his related imprisonment at the Bucks County Correctional Facility, including his five-day imprisonment in April of 2019.

6.     Should Mr. Edwards fail to file a Response as directed by Paragraph 5, the Court shall without any further notice enter an order enjoining Mr. Edwards from filing new lawsuits based on the same subject matter as described in the Court's Memorandum.

**BY THE COURT:**

_____
**GENE E.K. PRATTER, J.**